IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM TRANQUILLI,<br><br>        Plaintiff,<br><br>    vs.<br><br>CROSSROADS SHOPPING CENTER,<br><br>        Defendant.<br>_____ / | CASE NO. CV-F-04-6308 OWW LJO<br><br>**ORDER SETTING SETTLEMENT CONFERENCE**<br><br>Date: August 25, 2005<br>Time: 10:00 a.m.<br>Dept.: 6 (LJO) |

This Court conducted an ENE scheduling conference on June 16, 2005 at 8:15 a.m. Plaintiff appeared by telephone by counsel Thomas Stewart. Defendant appeared by counsel Keith White. The parties requested the assistance of the Court in attempting to resolve the case. Accordingly, this Court sets a <u>telephonic</u> settlement conference for **August 25, 2005 at 10:00 p.m.** in Department 6 (LJO) before United States Magistrate Judge Lawrence J. O'Neill. The parties shall arrange a telephone conference call with the capability whereby the Court (559-498-7322) and the parties may be alternatively joined to the conference or dropped from the conference call. At least five Court days prior to the conference, the parties shall submit, directly to the settlement conference judge at 559-498-7289 (facsimile), a statement of the party's position on settlement, **including what the party will accept to settle.** The settlement conference statement shall be a confidential statement which is not served upon the opposing party.

IT IS SO ORDERED.

**Dated:   June 16, 2005**            /s/ Lawrence J. O'Neill
b9ed48                                UNITED STATES MAGISTRATE JUDGE